UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GLENN MacPHERSON THOMAS,<br><br>                              Plaintiff,<br><br>     -against-<br><br>JUDGE EDGARDO RAMOS; MICHAEL H. SPORN, ATTORNEY; JOSH DRATEL, ATTORNEY; FEDERAL GOVERNMENT,<br><br>                              Defendants. | 20-CV-3422 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 5, 2020, dismissing the complaint,

   IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed as barred by the *Younger* abstention doctrine, and under the doctrine of judicial immunity and as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i), (iii).

   Chambers will mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   May 5, 2020
         New York, New York

                                                      *Louis L. Stanton*
                                                      Louis L. Stanton
                                                      U.S.D.J.